1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7   CHRISTINA LUGO,                                        Case No. 2:14-cv-00852-JCM-PAL

8                               Plaintiff,                              ORDER

9          v.

BANK OF AMERICA CORPORATION,
10
                               Defendant.
11

12          Before the court is Defendant Bank of America, N.A.'s Request for Exception of

13   Personal Appearance of Client Representative at Early Neutral Evaluation Session and Proposed

14   Order (Dkt. #34) filed January 21, 2015.  No opposition has been filed and the time for filing an

15   opposition has expired.  Accordingly,

16          **IT IS ORDERED** that Defendant Bank of America, N.A.'s Request for Exception of

17   Personal Appearance of Client Representative at Early Neutral Evaluation Session and Proposed

18   Order (Dkt. #34) is **GRANTED**.  Bank of America, N.A.'s client representative may attend the

19   Early Neutral Evaluation Session on April 9, 2015, via land-line telephone, shall be available for

20   the duration of the ENE, and shall be fully prepared to address the merits of the case.

21          DATED this 10th day of February, 2015.

22

23                                                            _____
                                                              PEGGY A. LEEN
24                                                            UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                                          1