**MCGUIREWOODS LLP**
Bethany A. Pelliconi (admitted *pro hac vice*)
    California Bar No. 182920
Lindsay L. Ryan (admitted *pro hac vice*)
    California Bar No. 258130
1800 Century Park East, 8th Floor
Los Angeles, California  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210
bpelliconi@mcguirewoods.com
lryan@mcguirewoods.com

Attorneys for Defendant
BANK OF AMERICA, N.A.
(additional counsel listed on next page)

**HATFIELD & ASSOCIATES, LTD.**
Trevor J. Hatfield
    Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
thatfield@hatfieldlawassociates.com

Attorneys for Plaintiff CHRISTINA LUGO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA LUGO, an individual,<br><br>            Plaintiff,<br><br>       vs.<br><br>BANK OF AMERICA CORPORATION, a foreign corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | CASE NO. 2:14-cv-00852-GMN-NJK<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER** |

66007829.1

1

JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER

1  *Additional Defendants' Counsel*

2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Sheri M. Thome, Esq.
3      Nevada Bar No. 008657
Chad C. Butterfield, Esq.
4      Nevada Bar No. 010532
300 S. Fourth Street, 11th Floor
5  Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
6  sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
7

8  Attorneys for Defendant
BANK OF AMERICA, N.A.
9

## THIS PAGE INTENTIONALLY LEFT BLANK, EXCEPT FOR DEFENDANT, BANK OF AMERICA'S, ATTORNEY'S INFORMATION.

66007829.1                     2
JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Christina Lugo ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant" or "BANA") (collectively "the Parties"), and through their undersigned counsel of record, that Plaintiff's Complaint in this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each of the parties bearing their own respective costs and attorneys' fees incurred in this action.

**IT IS SO STIPULATED.**

DATED: April 29, 2015          HATFIELD & ASSOCIATES, LTD.

                               By:   /s/ Trevor J. Hatfield
                                     Trevor J. Hatfield
                                     Attorneys for Plaintiff CHRISTINA LUGO

DATED: April 29, 2015          MCGUIREWOODS LLP

                               By:   /s/ Lindsay L. Ryan
                                     Bethany A. Pelliconi
                                     Lindsay L. Ryan
                                     Attorneys for Defendant BANK OF AMERICA, N.A.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/30/2015**